# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 4, 2015

## NO. 03-14-00454-CR

**Clifton Crews Hoyt, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 391ST DISTRICT COURT OF TOM GREEN COUNTY
## BEFORE PURYEAR, PEMBERTON, AND BOURLAND
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment of conviction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.